428 A.2d 263

Commonwealth v. Andrews, Appellant.

Argued November 14, 1979. Ronald P. Rusinak, for appellant; Gerard Long, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.

428 A.2d 264

Commonwealth v. Blake, Appellant.
Reargument Denied Sept. 29, 1980.

Argued March 11, 1980. David H. Kubert, for appellant; James B. Jordan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.